RECEIVED
IN LAFAYETTE, LA.
FEB 9 2011
TONY R. MOORE, CLERK
BY_____
    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTY COUVILLIER, ET AL | * | CIVIL ACTION NO. 10-1383 |
| VERSUS | * | JUDGE DOHERTY |
| ALLERGAN INC., ET AL. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED** that Motion to Dismiss Petition and First Supplemental and Amended Complaint filed by defendants, Allergan, Inc. and Inamed Corporation [rec. doc. 20], is **GRANTED,** and this action is **DISMISSED WITH PREJUDICE.**

Signed this 9 day of February, 2011, at Lafayette, Louisiana.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE: 2/9/11
BY: _____
TO: _____